UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
<u>SOUTHERN DIVISION</u>

In re:                                                                    In Bankruptcy

**DAVID & LINDA ZUBLICK**                              *Case No.: 09-65728-MBM*
                                                                          *Chapter 7*
                                                                          *Honorable MARCI B. McIVOR*

_____Debtor (s)_____/

## NOTICE OF UNDER $5.00 DIVIDEND

**TO THE CLERK OF THE COURT:**

     The attached check in the amount of $6.06 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| WELLS FARGO FINANCIAL MICHIGAN, INC.<br>4137 121st Street<br>Urbandale, IA 50323 | 6 | $1.15 |
| CHASE BANK USA, NA<br>c/o Creditors Bankruptcy Service<br>PO Box 740933<br>Dallas, TX 75374 | 17 | $4.91 |

Dated: July 7, 2010

/s/ BASIL T. SIMON (P26340)___
Chapter 7 Trustee
422 W. Congress, Suite 400
Detroit, MI 48226
313/962-6400
bsimon@sszpc.com